1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

| | | |
|---|---|---|
| 10 | LUIS REYES, ) | Case No.: 2:21-cv-02497-GJS |
| 11 | Plaintiff, ) | ORDER AWARDING EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| 12 | vs. ) | ATTORNEY FEES AND EXPENSES |
| | ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| 13 | KILOLO KIJAKAZI, ) | AND COSTS PURSUANT TO 28 |
| | Acting Commissioner of Social ) | U.S.C. § 1920 |
| 14 | Security, ) | |
| | ) | |
| 15 | Defendant ) | |
| 16 | | |

17    Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19    IT IS ORDERED that fees and expenses in the amount of $1,707.00 as

20 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21 awarded subject to the terms of the Stipulation.

22 DATE:  November 29, 2021

23

24    _____

25    THE HONORABLE GAIL J. STANDISH
    UNITED STATES MAGISTRATE JUDGE

26

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING

3        /s/ *Monica Perales*

    _____
4   Monica Perales
    Attorney for plaintiff Luis Reyes
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26